# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02404-KLM

CHECKERS INDUSTRIAL SAFETY PRODUCTS, LLC,

      Plaintiff,

v.

WIL ZUFELT,

      Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Checkers Industrial Safety Products, LLC, and Defendant, Wil Zufelt, respectfully notify the Court that these parties have reached a settlement. Under that settlement, the parties have to exchange certain information and perform obligations that will take several weeks to complete. Upon completion of those obligations, a Notice of Dismissal with Prejudice will be filed with the Court.

The parties thus respectfully request that this case and all pending deadlines be held in abeyance for 30 days pending submission of dismissal papers.

Dated December 1, 2016.

                                    HOLLAND & HART LLP
                                    */s/   Adam A. Hubbard*
                                    Brett Foster
                                    222 South Main Street, Suite 2200
                                    Salt Lake City, UT 84101
                                    Telephone: 801-799-5800

Adam A. Hubbard
1800 Broadway, Suite 300
Boulder, CO  80302
Telephone:  303-473-2700

*Attorneys for Plaintiff*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I have caused the foregoing to be served by email to Defendant at the following e-mail address:

Wil Zufelt
c/o R. Livingston Keithley, Esq.
The Overton Law Firm
165 South Union Boulevard, Suite 542
Lakewood, Colorado 80228
Livingston.Keithley@overtonlawfirm.com

*/s  Adam A. Hubbard*
Holland & Hart LLP

9356436_1