# I<small>N</small> T<small>HE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
# F<small>OR</small> T<small>HE</small> D<small>ISTRICT</small> O<small>F</small> C<small>OLORADO</small>

Civil Action No. 1:16-cv-02404-KLM

CHECKERS INDUSTRIAL SAFETY PRODUCTS, LLC,

    Plaintiff,

v.

WIL ZUFELT,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Checkers Industrial Safety Products, LLC, respectfully notifies the Court that it voluntarily dismisses with prejudice all claims asserted in the above-captioned action. The parties have reached a settlement and voluntary dismissal under Rule 41(a) is proper in this case because Defendant Wil Zufelt has not yet filed an answer or motion for summary judgment.

Dated December 6, 2016.

        HOLLAND & HART LLP
        */s/     Adam A. Hubbard*
        Brett Foster
        222 South Main Street, Suite 2200
        Salt Lake City, UT 84101
        Telephone: 801-799-5800

        Adam A. Hubbard
        1800 Broadway, Suite 300
        Boulder, CO 80302
        Telephone: 303-473-2700

        *Attorneys for Plaintiff*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016, I have caused the foregoing to be served by email on Defendant at the following e-mail address:

Wil Zufelt
c/o R. Livingston Keithley, Esq.
The Overton Law Firm
165 South Union Boulevard, Suite 542
Lakewood, Colorado 80228
Livingston.Keithley@overtonlawfirm.com


*/s  Adam A. Hubbard*
Holland & Hart LLP

9356436_1